UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Grand Jury H-20-1

UNITED STATES OF AMERICA

v.

TORISE BAKER

CRIMINAL NO. 3:21cr55 MPS/SDV

VIOLATIONS:
26 U.S.C. § 7206(2)
(Aid and assist in preparation and presentation of false and fraudulent income tax returns)
26 U.S.C. $ 7203
(Failure to file an income tax return)

APR 6 2021 PM 1:53
FILED-USDC-CT-HARTFORD

INDICTMENT

The Grand Jury charges:

Background

1. At all times relevant to this Indictment, the defendant TORISE BAKER was a paid tax return preparer, who operated a business entitled 101 Things 2 Do, LLC, located at 1860 Park Avenue, Bridgeport, Connecticut, and who resided in Bridgeport, Connecticut.

COUNTS ONE TO THIRTEEN

2. That on or about the dates set forth below, in the District of Connecticut, the defendant TORISE BAKER did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for each taxpayer, whose identity is known to the Grand Jury and who is identified by his or her initials or as Undercover Agent, and the calendar years as specified below. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts specified below, whereas, as the defendant BAKER then and there knew, the taxpayers were not entitled to claim deductions in the claimed amounts.

3. The allegations in paragraphs one and two are incorporated by reference in each of the thirteen counts below.

| Count | Offense Date | Taxpayer | Calendar Tax Year | Falsely Claimed Items | Amount Claimed |
|---|---|---|---|---|---|
| One | April 15, 2015 | H.A. | 2014 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $1,585 |
| | | | | b. Unreimbursed employee expenses - uniforms and protective clothing | $2,698 |
| | | | | c. Gifts to Charity by cash/check | $2,615 |
| | | | | d. Gifts to Charity - Noncash Charitable Contributions | $ 4,500 |
| | | | | e. Tax preparation fee | $450 |
| Two | April 29, 2015 | S.S. | 2014 | a. Unreimbursed employee business expenses – vehicle | $3,973 |
| | | | | b. Unreimbursed employee business expenses - uniforms and protective clothing | $3,036 |
| | | | | c. Tax preparation fee | $450 |
| Three | May 11, 2015 | S.H. | 2014 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $2,810 |
| | | | | b. Unreimbursed employee business expenses - uniforms and protective clothing | $2,145 |

| Count | Offense Date | Taxpayer | Calendar Tax Year | Falsely Claimed Items | Amount Claimed |
|---|---|---|---|---|---|
| Four | April 15, 2016 | H.A. | 2015 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $3,852 |
| | | | | b. Unreimbursed employee business expenses - uniforms and protective clothing | $2,987 |
| | | | | c. Gifts to Charity by cash/check | $3,087 |
| | | | | d. Tax preparation fee | $450 |
| Five | April 15, 2016 | R.D. | 2015 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $2,265 |
| | | | | b. Unreimbursed employee business expenses - uniforms and protective clothing | $3,215 |
| | | | | c. Gifts to Charity by cash/check | $3,524 |
| | | | | d. Tax preparation fee | $450 |
| Six | April 15, 2016 | S.H. | 2015 | Unreimbursed employee business expenses - uniforms and protective clothing | $3,826 |
| Seven | April 15, 2016 | R.R. | 2015 | Schedule C cleaning business expenses including contract labor | $63,050 |
| Eight | April 15, 2016 | S.S. | 2015 | a. Unreimbursed employee business expenses – vehicle | $4,044 |
| | | | | b. Unreimbursed employee business expenses - uniforms and | $3,105 |

3

| Count | Offense Date | Taxpayer | Calendar Tax Year | Falsely Claimed Items | Amount Claimed |
|---|---|---|---|---|---|
| | | | | protective clothing | |
| | | | | c. Gifts to Charity - Noncash Charitable Contributions | $2,000 |
| | | | | d. Tax preparation fee | $450 |
| Nine | April 17, 2016 | Undercover Agent | 2015 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $2,105 |
| | | | | b. Unreimbursed employee expenses - uniforms and protective clothing | $2,660 |
| | | | | c. Gifts to Charity by cash/check | $1,020 |
| | | | | d. Gifts to Charity - Noncash Charitable Contributions | $4,500 |
| Ten | April 15, 2017 | R.D. | 2016 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $4,662 |
| | | | | b. Unreimbursed employee business expenses - uniforms and protective clothing | $3,026 |
| | | | | c. Gifts to Charity by cash/check | $4,225 |
| | | | | d. Tax preparation fee | $450 |
| Eleven | April 15, 2017 | L.H. | 2016 | a. Unreimbursed employee business expenses - parking fees, tolls, and transportation | $5,418 |

4

| Count | Offense Date | Taxpayer | Calendar Tax Year | Falsely Claimed Items | Amount Claimed |
|---|---|---|---|---|---|
| | | | | b. Unreimbursed employee expenses - uniforms and protective clothing | $5,415 |
| | | | | c. Gifts to Charity by cash/check | $5,998 |
| | | | | d. Gifts to Charity - Noncash Charitable Contributions | $4,500 |
| | | | | e. Schedule E Supplemental Income and Loss – auto and travel | $1,245 |
| | | | | ▪ repairs | $8,172 |
| | | | | ▪ supplies | $4,524 |
| Twelve | April 15, 2017 | S.H. | 2016 | a. Gifts to Charity by cash/check | $3,550 |
| | | | | b. Gifts to Charity - Noncash Charitable Contributions | $4,500 |
| | | | | c. Tax preparation fee | $8,500 |
| Thirteen | April 17, 2017 | S.S. | 2016 | a. Unreimbursed employee business expenses – vehicle | $4,959 |
| | | | | b. Gifts to Charity - Noncash Charitable Contributions | $2,000 |

Each count in violation of Title 26, United States Code, Section 7206(2).

## COUNT FOURTEEN

4. The allegations in paragraph one are incorporated by reference.

5. During the calendar year 2015, the defendant TORISE BAKER had and received gross income in excess of $13,250. By reason of such gross income, she was required by law,

5

following the close of the calendar year 2015 and on or before October 15, 2016, to make an income tax return to the Internal Revenue Service Center, at Andover, Massachusetts, to a person assigned to receive returns at the local office of the Internal Revenue Service at Bridgeport, Connecticut, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of her gross income and any deductions and credits to which she was entitled. Well knowing and believing all of the foregoing, the defendant BAKER did willfully fail, on or about October 15, 2016, in the District of Connecticut and elsewhere, to make an income tax return.

In violation of Title 26, United States Code, Section 7203.

A TRUE BILL

/s/
―――――――――――――――
FOREPERSON

―――――――――――――――
LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

―――――――――――――――
PETER S. JONGBLOED
ASSISTANT UNITED STATES ATTORNEY